IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

## Kara Davis
_____

Plaintiff,

v.

American Home Contractors, LLC
_____

Defendant.

Civil Action No. _____

**DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 of the Eastern District of Virginia, where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

American Home Contractors, LLC
_____
(Party/Intervenor)

DE and WI
_____
(Citizenship)

Infinity Home Services, LLC
_____
(Party/Intervenor)

DE and WI
_____
(Citizenship)

Infinity Home Services Holdco, Inc.
_____
(Party/Intervenor)

DE and WI
_____
(Citizenship)

5/22/2026
_____
Date

Kelly Mowen
Digitally signed by Kelly Mowen
Date: 2026.05.22 09:55:44 -04'00'
_____
Signature of Attorney or Litigant
Counsel for  American Home Contractors, LLC